■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS HERRERA, Appellant. [622 NYS2d 438] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered September 10, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to 6 to 12 years, unanimously reversed, on the law, and the matter is remitted for a new trial.

Defendant's claim that closure of the courtroom deprived him of his right to a public trial was preserved for review in view of the trial court's grant of the prosecutor's application prior to affording defense counsel the opportunity to interpose his general objection *(People v Gross,* 179 AD2d 138, 140-141, *lv denied* 80 NY2d 832).

As the People concede, the bare assertion of the prosecutor that the witness was still an undercover officer was insufficient to support the closure *(People v Martinez,* 82 NY2d 436; *People v Cuevas,* 50 NY2d 1022).* Concur—Rosenberger, J. P., Asch, Rubin and Nardelli, JJ.